UNITED STATES v. HAHN.

(Circuit Court of Appeals, Second Circuit. December 8, 1904.)

No. 38.

CUSTOMS DUTIES—CLASSIFICATION—HALF PEARLS.

Half pearls, consisting of the better part of the true pearl, from which blemishes or flaws have been removed by sawing or splitting, and which are not adapted for stringing, but are chiefly used for jewelry settings, are dutiable by similitude, under paragraph 436, Tariff Act July 24, 1897, c. 11, § 1, Schedule N, 30 Stat. 192 [U. S. Comp. St. 1901, p. 1676], covering pearls in their natural state, not strung or set.

Appeal from the Circuit Court of the United States for the Southern District of New York.

For decision below, see 131 Fed. 1000.

Chas. D. Baker, for appellant.
Comstock & Washburn, for appellee.

Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Affirmed in open court.

---

UNITED STATES v. MILLER, SLOAN & WRIGHT.

(Circuit Court of Appeals, Second Circuit. December 7, 1904.)

No. 69.

1. CUSTOMS DUTIES—CLASSIFICATION—PRINTING PAPER—HANDMADE PAPER.

Held, that handmade printing paper, suitable for books and newspapers, is more specifically provided for under paragraph 396, Tariff Act July 24, 1897, c. 11, § 1, Schedule M, 30 Stat. 187 [U. S. Comp. St. 1901, p. 1671], as "printing paper * * * suitable for books and newspapers," than as "handmade * * * paper," under paragraph 401 of said act, 30 Stat. 189 [U. S. Comp. St. 1901, p. 1672].

Appeal from the Circuit Court of the United States for the Southern District of New York.

For decision below, see 128 Fed. 469.

Chas. D. Baker, for appellant.
Albert Comstock, for appellee.

Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Affirmed in open court.